UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS LUX, et al.,<br><br>              Plaintiffs,<br>      v.<br><br>JORDANA BUCHANAN, et al.,<br><br>              Defendants. | Case No. 2:23-cv-00839-MMD-NJK<br><br>**ORDER** |

Upon filing, the undersigned was erroneously assigned to conduct an Early Neutral Evaluation. (5/31/2023). Under Local Rule 16-6, all employment discrimination actions must undergo early neutral evaluation. Local Rule 16-6(a) lists the various types of cases that fall under the Early Neutral Evaluation Program. The Court has reviewed the Complaint (ECF No. 1-2) in this case and finds that none of Plaintiffs' claims fall under the Early Neutral Evaluation Program.

IT IS THEREFORE ORDERED that the Court will not conduct an early neutral evaluation in this case.

IT IS FURTHER ORDERED that the Clerk of Court must terminate the undersigned's designation as the settlement judge in this case and remove the ENE flag.

DATED: June 9, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE