PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorneys for Plaintiffs Justin Hymes, Kathy Wadkins, Michael Bates, Curtis Lux, Ishmel Byrd, Aaron Mathis, & Rick Gordon*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CURTIS LUX, an individual; JUSTIN HYMES, an individual; KATHY WADKINS, an individual; MICHAEL BATES, an individual; AARON MATHIS, an individual; RICK GORDON, an individual; ISHMEL BYRD, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JORDANA BUCHANAN, an individual; ZACHARY BUCHANAN, an individual; ALLAN BENAVIDES, a.k.a. ALLAN GLICKSTEIN, an individual; LILLIBETH BENAVIDES, an individual; SOUTHWEST CONCRETE PUMPING, LLC, a Nevada Limited Liability Company; AEB ENTERPRISES, LLC, a Nevada Domestic Limited Liability Company; ACJ CONSULTING, LLC, A Nevada Domestic Limited Liability Company; TOP WATER HOLDINGS, LLC, a Nevada Domestic Limited Liability Company; DOES I-X, unknown individuals; ROES I-X, unknown corporate entities and/or business entities;<br>Defendants. | CASE NO.: 2:23-cv-00839-MMD-NJK<br><br>**STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF 28) FROM OCTOBER 11, 2023 to OCTOBER 16, 2023** |

Plaintiffs CURTIS LUX, JUSTIN HYMES, KATHY WADKINS, AARON MATHIS, RICK GORDON, MICHAEL BATES, and ISHMEL BYRD by and through their attorney PHILIP J. TRENCHAK hereby Stipulate with Defendants JORDANA BUCHANAN, an individual; ZACHARY

1

BUCHANAN, an individual; ALLAN BENAVIDES, an individual; LILLIBETH BENAVIDES, an individual; SOUTHWEST CONCRETE PUMPING, LLC, a Nevada Limited-Liability Company, AEB ENTERPRISES, LLC, a Nevada Domestic Limited Liability Company; ACJ CONSULTING, LLC, A Nevada Domestic Limited Liability Company; TOP WATER HOLDINGS, LLC, a Nevada Domestic Limited Liability Company, by and through their Counsel, Jeffrey D. Winchester of Lewis Brisbois Bisgaard & Smith LLP to stipulate to extend the time Plaintiff has to Respond to Defedants' Motion to Dismiss (ECF 28) from October 11, 2023 until October 16, 2023. This Stipulation has not been filed for the purposes of delay and is being entered into in Good Faith.

**IT IS SO STIPULATED.**

DATED this 11th day of October, 2023
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Jeffrey Winchester
Jeffrey D. Winchester
Nevada Bar No. 10279
Email: jeffrey.winchester@lewisbrisbois.com
Jessica L. Beeler
Nevada Bar No. 15387
Email: jessica.beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*
Southwest Concrete Pumping, LLC; Jordana Buchanan; Zachary Buchanan; Top Water Holdings, LLC; Lillibeth Benavides; AEB Enterprises, LLC; ACJ Consulting, LLC; Allan Benavides

DATED this 11th day of October, 2023
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
Email: phil@mullinstrenchak.com
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

DATED:  October 12, 2023

_____
UNITED STATES DISTRICT JUDGE