# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CURTIS LUX, et al.,

    Plaintiff(s),

v.

JORDANA BUCHANAN, et al.,

    Defendant(s).

Case No. 2:23-cv-00839-MMD-NJK

**ORDER**

    Pending before the Court is an order to show cause. Docket No. 25. The Court hereby **SETS** a show cause hearing for 3:00 p.m. on November 2, 2023, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: October 26, 2023

                                          Nancy J. Koppe
                                          United States Magistrate Judge