PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorneys for Plaintiffs Justin Hymes, Kathy Wadkins, Michael Bates,
Curtis Lux, Ishmel Byrd, Aaron Mathis, & Rick Gordon*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CURTIS LUX, an individual;<br>JUSTIN HYMES, an individual;<br>KATHY WADKINS, an individual;<br>MICHAEL BATES, an individual;<br>AARON MATHIS, an individual;<br>RICK GORDON, an individual;<br>ISHMEL BYRD, an individual;<br><br>                    Plaintiffs,<br><br>vs.<br><br>JORDANA BUCHANAN, an individual;<br>ZACHARY BUCHANAN, an individual;<br>ALLAN BENAVIDES, a.k.a. ALLAN GLICKSTEIN, an individual;<br>LILLIBETH BENAVIDES, an individual;<br>SOUTHWEST CONCRETE PUMPING, LLC, a Nevada Limited Liability Company;<br>AEB ENTERPRISES, LLC, a Nevada Domestic Limited Liability Company;<br>ACJ CONSULTING, LLC, A Nevada Domestic Limited Liability Company;<br>TOP WATER HOLDINGS, LLC, a Nevada Domestic Limited Liability Company;<br>DOES I-X, unknown individuals;<br>ROES I-X, unknown corporate entities and/or business entities;<br>                    Defendants. | CASE NO.: 2:23-cv-00839-MMD-NJK<br><br>**STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF 31) FROM OCTOBER 27, 2023 to OCTOBER 30, 2023 (Second Request)** |

   Plaintiffs CURTIS LUX, JUSTIN HYMES, KATHY WADKINS, AARON MATHIS, RICK GORDON, MICHAEL BATES, and ISHMEL BYRD by and through their attorney PHILIP J.

1

TRENCHAK hereby Stipulate with Defendants JORDANA BUCHANAN, an individual; ZACHARY BUCHANAN, an individual; ALLAN BENAVIDES, an individual; LILLIBETH BENAVIDES, an individual; SOUTHWEST CONCRETE PUMPING, LLC, a Nevada Limited-Liability Company, AEB ENTERPRISES, LLC, a Nevada Domestic Limited Liability Company; ACJ CONSULTING, LLC, A Nevada Domestic Limited Liability Company; TOP WATER HOLDINGS, LLC, a Nevada Domestic Limited Liability Company, by and through their Counsel, Jeffrey D. Winchester of Lewis Brisbois Bisgaard & Smith LLP to stipulate to extend the time Plaintiff has to Respond to Defendants Motion to Dismiss (ECF 31) from October 27, 2023 until October 30, 2023.

**IT IS SO STIPULATED.**

DATED this 27th day of October, 2023
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jeffrey Winchester*
Jeffrey D. Winchester
Nevada Bar No. 10279
Email: jeffrey.winchester@lewisbrisbois.com
Jessica L. Beeler
Nevada Bar No. 15387
Email: jessica.beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*
Southwest Concrete Pumping, LLC; Jordana Buchanan; Zachary Buchanan; Top Water Holdings, LLC; Lillibeth Benavides; AEB Enterprises, LLC; ACJ Consulting, LLC; Allan Benavides

DATED this 27th day of October, 2023
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ *Philip J. Trenchak*
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
Email: phil@mullinstrenchak.com
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

DATED: October 30, 2023

_____
UNITED STATES DISTRICT JUDGE