LEWIS BRISBOIS BISGAARD & SMITH LLP
Jeffrey D. Winchester (Nevada Bar No. 10279)
jeffrey.winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorney for Defendants
Southwest Concrete Pumping, LLC; Jordana Buchanan; Zachary Buchanan; Top Water Holdings, LLC; Lillibeth Benavides; AEB Enterprises, LLC; ACJ Consulting, LLC; Allan Benavides

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CURTIS LUX, an individual; JUSTIN HYMES, an individual; KATHY WADKINS, an individual; MICHAEL BATES, an individual; AARON MATHIS, an individual; RICK GORDON, an individual; ISHMEL BYRD, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JORDANA BUCHANAN, an individual; ZACHARY BUCHANAN, an individual; ALLAN BENAVIDES, a.k.a ALLAN GLICKSTEIN, an individual; LILLIBETH BENAVIDES, an individual; SOUTHWEST CONCRETE PUMPING, LLC, a Nevada Limited Liability Company; AEB ENTERPRISES, LLC, A Nevada Domestic Limited Liability Company; ACJ CONSULTING, LLC, A Nevada Domestic Limited Liability Company; TOP WATER HOLDINGS, LLC, A Nevada Domestic Limited Liability Company; DOES I-X, unknown individuals; ROES I-X, unknown corporate entities and/or business entities;<br><br>Defendants. | CASE NO.: 2:23-cv-00839-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR DISPOSITIVE MOTIONS AND PRETRIAL ORDER**<br><br>**FIRST REQUEST** |

133454504.2

Pursuant to LR 6-1 and LR 26-4, the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the Parties to file Motions for Summary Judgment in the above-captioned case thirty (30) days, up to and including January 26, 2024.  The Parties also stipulate and request that the deadline for filing the pretrial order in this matter be extended to and including February 26, 2024.[1]

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  This request for extension is based upon the following:

Discovery closed on November 27, 2023. Outstanding discovery disputes remain. The parties have met and conferred regarding these disputes and anticipate that one or more motions to compel will be filed.  Additionally, two motions to dismiss have been fully briefed and the Parties are awaiting adjudication of the motions.

Counsel for the Parties have met and conferred on the above and have agreed that, to best serve the interests of the Parties and this Court, and to make the upcoming summary judgment motion practice more efficient for both this Court and the Parties, the best remedy at this time  is to reasonably extend the dispositive motion deadline for both Parties.

WHEREFORE, the Parties respectfully request that this Court extend the time for the parties to file their dispositive motions by thirty (30) days  from the current deadline of December 27, 2023 up to and including January 26, 2024, and to extend the deadline for filing the pretrial order by thirty (30) days, from January 26, 2023 to and including February 26, 2024.

---

[1] February 25, 2024, falls on a Sunday.



DATED this <u>19th</u> day of December, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/     *Jeffrey Winchester*

Jeffrey D. Winchester
Nevada Bar No. 10279
jeffrey.winchester@lewisbrisbois.com
Jessica L. Beeler
Nevada Bar No. 15387
jessica.beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this <u>19</u>th day of December, 2023.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ *Phillip Trenchak*

Philip J. Trenchak, Esq.
Nevada Bar No. 9924
phil@mullinstrenchak.com
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of December, 2023.

_____
U.S. DISTRICT COURT JUDGE

133454504.2

3