**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey D. Winchester (Nevada Bar No. 10279)
jeffrey.winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendants*
Southwest Concrete Pumping, LLC;
Jordana Buchanan; Zachary Buchanan;
Top Water Holdings, LLC; Lillibeth Benavides;
AEB Enterprises

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS LUX, an individual; JUSTIN HYMES, an individual; KATHY WADKINS, an individual; MICHAEL BATES, an individual; AARON MATHIS, an individual; RICK GORDON, an individual; ISHMEL BYRD, an individual;<br><br>    Plaintiffs,<br><br>  vs.<br><br>JORDANA BUCHANAN, an individual; ZACHARY BUCHANAN, an individual; ALLAN BENAVIDES, a.k.a ALLAN GLICKSTEIN, an individual; LILLIBETH BENAVIDES, an individual; SOUTHWEST CONCRETE PUMPING, LLC, a Nevada Limited Liability Company; AEB ENTERPRISES, LLC, A Nevada Domestic Limited Liability Company; ACJ CONSULTING, LLC, A Nevada Domestic Limited Liability Company; TOP WATER HOLDINGS, LLC, A Nevada Domestic Limited Liability Company; DOES I-X, unknown individuals; ROES I-X, unknown corporate entities and/or business entities,<br><br>    Defendants. | CASE NO. 2:23-cv-00839-MMD-NJK<br><br>~~PROPOSED~~ **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTIONS TO COMPEL DEFENDANTS SOUTHWEST CONCRETE PUMPING LLC AND ALLAN BENAVIDES TO RESPOND TO REQUESTS FOR PRODUCTION OF DOCUMENTS [ECF No. 72 & 74]**<br><br>_____ |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Defendants JORDANA BUCHANAN, ZACHARY BUCHANAN, ALLAN BENAVIDES, LILLIBETH BENAVIDES, and SOUTHWEST CONCRETE PUMPING, LLC ("Defendants") by and through their attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP hereby Stipulate with Plaintiffs CURTIS LUX, KATHY WADKINS, AARON MATHIS, RICK GORDON, AND ISHMAEL BYRD ("Plaintiffs") by and through their attorneys of record, MULLINS & TRENCHAK, to stipulate to extend the time Defendants have to Respond to Motions To Compel Defendant Southwest Concrete Pumping LLC and Allan Benavides To Respond To Requests for Production of Documents [ECF Doc. 72 & 74]  from January 16, 2024 to January 30, 2024.

Counsel for Defendants is experiencing a post-cataract operation eye infection and is unable to read and type. *See* doctor's note attached hereto as Exhibit A.

///

///

///

///

///

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    This stipulation is being entered in Good Faith.  This stipulation is not being

2    enter into for the purpose of unnecessary delay.

3    **IT IS SO STIPULATED.**

4    DATED this 12 th day of January 2024          DATED this 12 th day of January 2024

5    LEWIS   BRISBOIS   BISGAARD   &          Mullins & Trenchak

6    SMITH LLP

7    /s/ *Jeffrey D. Winchester*                  /s/ *Phillip J. Trenchak*

8    JEFFREY D. WINCHESTER, ESQ.              PHILIP J. TRENCHAK, ESQ.

9    Nevada Bar No. 10279                     Nevada Bar No. 9924

10   6385 S. Rainbow Boulevard, Suite 600     1614 S. Maryland Parkway
     Las Vegas, Nevada 89118                  Las Vegas, NV 89104

11   *Attorneys for Defendants*                 *Attorneys for Plaintiffs*

12

13                        **ORDER**

14                   IT IS SO ORDERED.

15

16

17   _____

18   UNITED STATES DISTRICT COURT
     MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW