RICHARD F. SCOTTI, ESQ.
Nevada Bar No. 4744
NICHOLAS V. SCOTTI, ESQ.
Nevada Bar No. 15634
**SCOTTI LAW FIRM, PLLC**
520 S. 4th St., Ste. 360
Las Vegas, NV 89101
Telephone: (702) 844-6420
*Richard@ScottiLawFirm.com*
*Nicholas@ScottilawFirm.com*
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS LUX, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JORDANA BUCHANAN,et al.,<br><br>Defendants. | CASE NO.: 2:23-cv-00839-MMD-NJK<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS;** *EX PARTE* **REQUEST FOR COURT APPROVAL [LR IA 11-6(c)]; ORDER** |

RICHARD F. SCOTTI, ESQ., and NICHOLAS V. SCOTTI, ESQ. of SCOTTI LAW FIRM, hereby substitute in as counsel of record for all named defendants in this action, in place of: Lewis Brisbois Bisgard & Smith, LLP (and their attorneys) and Steven J. Parsons; subject to Court approval hereby requested pursuant to LR IA 11-6(c).

DATED this 30th day of January 2024.

**SCOTTI LAW FIRM, PLLC**

*/s/ Richard F. Scotti, Esq.*
RICHARD F. SCOTTI, ESQ.
Nevada Bar No. 04744
520 S. 4th St., Ste. 360
Las Vegas, NV 89101
Richard@ScottiLawFirm.com
*Attorneys for Defendants*

1    I hereby Consent to this Substitution of Counsel of attorney Richard F. Scotti, Esq. and

2    Nicholas V. Scotti, Esq. of Scotti Law Firm, in place and instead of Jeffrey D. Winchester of

3    Lewis Brisbois Bisgard & Smith LLP (and any other attorneys at that firm), and Steven J.

4    Parsons of the Law offices of Steven J. Parsons.

5    _____
     JORDANA BUCHANAN

6

7    _____
     ZACHARY BUCHANAN

8    _____
     ALLAN BENAVIDES

9

10   _____
     LILLIBETH BENAVIDES

11   _____
     SOUTHWEST CONCRETE PUMPING, LLC

12   By: Allan Benavides
     Its: Owner

13   _____

14   AEB ENTERPRISES, LLC
     By: Allan Benavides

15   Its: Owner

16   _____
     ACJ CONSULTING, LLC

17   By: Allan Benavider
     Its: Owner

18   _____

19   TOP WATER HOLDINGS, LLC
     By: Allan Benavider

20   Its: Owner

21   ///

22   ///

23   ///

24   ///

-2-

1    I hereby Consent to this Substitution of Counsel of attorney Richard F. Scotti, Esq. of

2  Scotti Law Firm, in place and instead of myself and my firm.

3                                            /s/ *Jeffrey D. Winchester*
                                             JEFFREY D. WINCHESTER, ESQ.
4                                            LEWIS BRISBOIS BISGARD & SMITH LLP

5

6    I hereby Consent to this Substitution of Counsel of attorney Richard F. Scotti, Esq. of

   Scotti Law Firm, in place and instead of myself and my firm.
7
                                             /s/ *Steven J. Parsons*
8                                            STEVEN J. PARSONS, ESQ.
                                             LAW OFFICES OF STEVEN J. PARSONS
9

10                                   **ORDER**

11   IT IS SO ORDERED.

12   Dated: February 1              , 2024.

13                                  _____
                                    HONORABLE NANCY J. KOPPE
14                                  UNITED STATES MAGISTRATE JUDGE

15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///