RICHARD F. SCOTTI, ESQ.
Nevada Bar No. 4744
NICHOLAS V. SCOTTI, ESQ.
Nevada Bar No. 15634
**SCOTTI LAW FIRM, PLLC**
520 S. 4th St., Ste. 360
Las Vegas, NV 89101
Telephone: (702) 844-6420
*Richard@ScottiLawFirm.com*
*Nicholas@ScottilawFirm.com*
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS LUX, et al., | CASE NO.: 2:23-cv-00839-MMD-NJK |
| Plaintiffs, | |
| vs. | |
| JORDANA BUCHANAN, et al., | |
| Defendants. | |

**STIPULATION AND ORDER FOR**

**TWO-DAY EXTENSION OF TIME FOR DEFENDANTS' TO RESPOND TO**

**PLAINTIFFS' FIRST MOTION TO COMPEL AEB ENTERPRISES (DKT NO. 97)**

THE DEFENDANTS, by and through RICHARD F. SCOTTI, ESQ., and NICHOLAS V. SCOTTI, ESQ. of SCOTTI LAW FIRM, and the PLAINTIFFS, by and through their counsel of record, PHILIP J. TRENCHAK, ESQ. of MULLINS & TRENCHAK, hereby stipulate that Defendants may have an extension of time of two (2) days to respond to Defendants' Motion to Compel AEB Enterprises (dkt. No. 97); such that the new deadline would be March 1, 2024. Defendants assert that they need the extra time due to the extent of the material to

///

review and respond to, as well as time to work on current issues and meet-and-confer involving the production of cell phone text messages, and the preparation of the privilege log therefor.

IT IS SO STIPULATED.

DATED this 26th day of February 2024.

**SCOTTI LAW FIRM, PLLC**

*/s/ Richard F. Scotti, Esq.*
RICHARD F. SCOTTI, ESQ.
Nevada Bar No. 04744
520 S. 4th St., Ste. 360
Las Vegas, NV 89101
P: 702-844-6421
*Attorneys for Defendants*

*/s/ Philip J. Trenchak*
PHILIP J. TRENCHAK, ESQ.
MULLINS AND TRENCHAK
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
phil@mullinstrenchak.com
p: 702-778-9444
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2024.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

///

///

///

///