UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS LUX, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>JORDANA BUCHANAN, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00839-MMD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 97, 98, 99] |

Pending before the Court are three motions to compel discovery. Docket Nos. 97, 98, 99; *see also* Docket No. 100 (corrected image). The Court hereby **SETS** those motions for a hearing at 1:00 p.m. on April 11, 2024, in Courtroom 3C.

In addition, new defense counsel argues that more conferral efforts should have been undertaken after their recent appearance. *See, e.g.*, Docket No. 106 at 6-8. The Court hereby **ORDERS** counsel to promptly confer anew on each of the discovery requests in dispute. No later than 5:00 p.m. on April 8, 2024, a joint status report must be filed stating with particularity which (if any) of the discovery requests in dispute was resolved through these conferral efforts.

IT IS SO ORDERED.

Dated: April 4, 2024

                                                                                                _____<br>
                                                                                                Nancy J. Koppe<br>
                                                                                                United States Magistrate Judge