**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL BATES,

     Plaintiff(s),

v.

SOUTHWEST CONCRETE PUMPING, LLC,

     Defendant(s).

Case No. 2:23-cv-00839-MMD-NJK

**Order**

     A settlement conference is set for October 10, 2024.  Docket No. 136.  In light of representations made in the *in camera* settlement statements, the settlement conference is hereby **VACATED**.

     IT IS SO ORDERED.

     Dated: October 7, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1