| | |
|---|---|
| 1 | RICHARD F. SCOTTI, ESQ. |
|   | Nevada Bar No. 4744 |
| 2 | NICHOLAS V. SCOTTI, ESQ. |
|   | Nevada Bar No. 15634 |
| 3 | **SCOTTI LAW FIRM, PLLC** |
|   | 520 S. 4th St., Ste. 360 |
| 4 | Las Vegas, NV 89101 |
|   | Telephone: (702) 844-6420 |
| 5 | *Richard@ScottiLawFirm.com* |
|   | *Nicholas@ScottilawFirm.com* |
| 6 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS LUX, et al., | CASE NO.: 2:23-cv-00839-MMD-NJK |
| Plaintiffs, | ORDER GRANTING **STIPULATED FINAL JUDGMENT** |
| vs. | |
| JORDANA BUCHANAN, et al., | |
| Defendants. | |

FINAL JUDGMENT is hereby entered in this matter as follows:

1. In accordance with this Court's Order entered July 17, 2024 [ECF 135], Judgment is entered in favor of Defendants and against all Plaintiffs, on Plaintiffs' claims for RICO, Overtime, Waiting Time Penalties, Intentional Misrepresentation, alleged violation of The Davis-Bacon Act and Contract Work hours and Safety Standards Act, and Conversion; and

2. In accordance with the Court's Order entered January 7, 2025 [ECF 155] upon the Stipulation of the parties dismissing with prejudice the remaining claim by Michael Bates against Southwest Concrete Pumping, LLC, for tortious discharge is hereby dismissed with prejudice (any rights thereunder still reserved if legally permissible).

///

3. This Final Judgment is intended to satisfy the "separate document" requirement of FRCP 58(a).

IT IS SO ORDERED AND ADJUDGED:

Dated this __5th__ day of __February__, 025

_____
U.S. DISTRICT COURT JUDGE

Approved as to Form and Submitted by:

DATED this 4th day of February 2025.
/s/ *Richard F. Scotti*
RICHARD F. SCOTTI, ESQ.
Nevada Bar No. 04744
520 S. 4th St., Ste. 360
Las Vegas, NV 89101
richard@scottilawfirm.com
P: 702-844-6420
*Attorneys for Defendants*

Approved as to Form:

DATED: this 4th day of February 2025
/s/ *Philip J. Trenchak*
PHILIP J. TRENCHAK, ESQ.
MULLINS AND TRENCHAK
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
phil@mullinstrenchak.com
p: 702-778-9444
*Attorneys for Plaintiffs*